## Opice Unemployment Compensation Case.

Argued November 14, 1967. *Gino Opice,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.